JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT DE LA HUERTA,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF HEMET; OFFICER D. CABALLERO; OFFICER T. TAITAGUE; OFFICER S. GORDON; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 5:20-cv-00443-JGB-SHK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge:      Hon. Jesus G. Bernal |

Pursuant to the Stipulation To Dismiss This Action With Prejudice filed by Plaintiff Robert Delahuerta and Defendants City of Hemet, Officer D. Caballero, Officer T. Taitague, and Officer S. Gordon, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action, including all claims against Defendants City of Hemet, Officer D. Caballero, Officer T. Taitague, and Officer S. Gordon, and all claims against any unserved

///

///

///

1    Defendants, is hereby dismissed with prejudice.  Each party is to bear their own

2    attorneys' fees and costs.

3

4    Dated: October 30, 2020

5    _____
     Honorable Jesus G. Bernal
     United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28